IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Jim Messenger Holdings Company, *f/k/a* CEL Chemical & Supplies Inc, | ) ) ) | C/A No.: 8:23-cv-238-TMC |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **CONSENT MOTION TO AMEND CONFERENCE & SCHEDULING ORDER** |
| Scottsdale Insurance Company | ) ) | |
| Defendant. | ) | |

Defendant Scottsdale Insurance Company, by and through the undersigned counsel, with the consent of Plaintiff Jim Messenger Holdings Company, hereby files this Consent Motion to Amend Conference and Scheduling Order and respectfully requests the Court issue the proposed Conference and Consent Amended Scheduling Order, attached as **Exhibit A.** In accordance with Local Civil Rule 6.01, the undersigned submits the following:

1. The date of the current deadlines that have not yet passed are as follows:

    a. Discovery shall be completed no later than **August 2, 2023**;

    b. All motions, except those relating to the admissibility of evidence at trial and those to compel discovery, shall be filed no later than **August 16, 2023**;

    c. The case is subject to be called for jury selection and/or trial the later of sixty (60) days after dispositive motions have been resolved or on or after **October 16, 2023**.

2. The deadlines have not previously been extended.

3. The number of additional days requested is **sixty (60) days**. The proposed dates of the new deadlines are as follows:

    a. Discovery shall be completed no later than **October 2, 2023**;

WBD (US) 62726302v4

  b. All motions, except those relating to the admissibility of evidence at trial and those to compel discovery, shall be filed no later than **October 16, 2023**;

  c. The case is subject to be called for jury selection and/or trial the later of sixty (60) days after dispositive motions have been resolved or on or after **December 15, 2023**.

4. The extension request would not affect other deadlines.

    Respectfully submitted,

    **WOMBLE BOND DICKINSON (US) LLP**

    *s/ Jordyn N. D'Andrea*
    Jordyn N. D'Andrea (Federal I.D. #13775)
    5 Exchange Street | P.O. Box 999 (29402)
    Charleston, South Carolina 29401
    Jordyn.DAndrea@wbd-us.com | (843) 720-4623

    *Attorney for Defendant Scottsdale Insurance Company*

    **ARNOLD LAW FIRM**

    *s/ Brian Arnold*
    Brian Arnold (Federal I.D. #7431)
    223 West Stone Avenue
    Greenville, South Carolina 29609

    *Attorney for Plaintiff Jim Messenger Holdings Company*